UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No.  2:18-cv-0261 KJN P |
| Petitioner, | |
| v. | ORDER |
| NEVADA COUNTY, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed a request to proceed in forma pauperis or paid the court's filing fee.

Petitioner is incarcerated in San Quentin State Prison and was convicted in Alameda County.  Both San Quentin State Prison in San Quentin, California, and Alameda County, California, are in an area embraced by the United States District Court for the Northern District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.[1]  Because petitioner was not convicted in this district, and is not presently confined

---

[1]  Although petitioner named Nevada County as the respondent, review of the filing makes clear that petitioner is attempting to challenge his underlying criminal conviction in Alameda County.

1

here, this court does not have jurisdiction to entertain the application.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated:  February 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bon261.tra

2